03-CV-02819-NTC

FILED _____ ENTERED
_____ LODGED_____ RECEIVED

SEP 15 2003  KN

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

C03-2819P

| | |
|---|---|
| MARGUERITE ABDULLAH, | No. |
| Plaintiff, | King County Superior Court Cause No.: 03-2-27483-6SEA |
| v. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)** |
| CITY OF SEATTLE, a Washington municipal corporation; THE SEATTLE POLICE DEPARTMENT, a department of the City of Seattle; B.M. HUNT and J. WILLIAMS, in their individual capacity, | **(FEDERAL QUESTION)** |
| Defendants. | |

TO:   THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT SEATTLE

Defendant City of Seattle hereby gives notice that it is removing this case to the United States District Court for the Western District of Washington on the grounds set forth below.

1.     On June 5, 2003, the above-entitled action was filed by plaintiff against defendants City of Seattle, Seattle Police Department, Officer B.M. Hunt and Officer J. Williams in King County Superior Court and thereafter was given cause number 03-2-27483-6SEA.  The matter was assigned to The Honorable Mary Yu.  See Exhibit A

NOTICE OF REMOVAL
OF ACTION TO FEDERAL COURT - 1
M:\Clients\3019\25174\PLD Removal-Notice2FedCourt-Abdullah.doc

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

attached to the Verification of State Court Records.  A copy of the Order Setting Civil Case Schedule issued by the King County Superior Court Clerk on June 5, 2003, is attached as <u>Exhibit B</u>.

2.    On August 29, 2003, defendants City of Seattle and Seattle Police Department were served with a copy of plaintiff's Summons and Complaint for Damages.  See <u>Exhibit C</u> and <u>Exhibit D</u> attached to the Verification of State Court Records.

3.    On September 5, 2003, counsel for defendants filed a Notice of Appearance on behalf of defendant City of Seattle with the Superior Court, which is attached as <u>Exhibit E</u> to the Verification of State Court Records.

4.    On September 12, 2003, counsel for defendants filed a Notice of Appearance on behalf of defendant Seattle Police Department, which is attached as <u>Exhibit F</u> to the Verification of State Court Records.

5.    Plaintiff has erroneously named Seattle Police Department as a defendant in this action.  Seattle Police Department is a division of the City of Seattle and not a proper party to this action.

6.    Counsel for defendants have not received verification that defendants B. M. Hunt and J. Williams, Seattle Police Department officers, have been served, however, the undersigned attorneys represent defendants Hunt and Williams. Defendants Hunt and Williams join in this removal (without waiving insufficiency of service or process of service).

7.    There have been no further proceedings in this action.

8.    Under the express terms of the complaint, plaintiff alleges a claim for civil rights violations under 42 U.S.C. § 1983.

9.    The claim for a violation of 42 U.S.C. § 1983 arise under and are controlled by the laws and the Constitution of the United States and therefore fall within

NOTICE OF REMOVAL
OF ACTION TO FEDERAL COURT - 2
M:\Clients\3019\25174\PLD Removal-Notice2FedCourt-Abdullah.doc

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

the original jurisdiction of the United States District Court.  See 28 U.S.C. §§ 1331, 1343, & 1441(b).  The entire case may be removed to the United States District Court for determination of all issues. See 28 U.S.C. § 1441(c).

10.    Defendant City of Seattle has filed this Notice of Removal within thirty days after receipt, through service or otherwise, of a copy of plaintiff's Complaint.  See 28 U.S.C. § 1446(b).

11.    This Court is the district court of the United States for the district and division embracing the place where the state court action is currently pending. See 28 U.S.C. § 1441(a).

WHEREFORE, defendants hereby give notice that the civil action in King County Superior Court of the State of Washington has been removed from that Court to the United States District Court for the Western District of Washington.

DATED this 15 day of September, 2003 at Seattle, Washington.

STAFFORD FREY COOPER
Professional Corporation

By
Stephen P. Larson, WSBA #4959
Blake E. Dias, WSBA #28169
Attorneys for Defendants

NOTICE OF REMOVAL
OF ACTION TO FEDERAL COURT - 3
M:\Clients\3019\25174\PLD Removal-Notice2FedCourt-Abdullah.doc

STAFFORD FREY COOPER
————— Professional Corporation —————
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

The Honorable Mary Yu

SUPERIOR COURT OF WASHINGTON
FOR KING COUNTY

MARGUERITE ABDULLAH,

No.  03-2-27483-6 SEA

Plaintiff,

**NOTICE TO SUPERIOR COURT
OF FEDERAL COURT
REMOVAL**

v.

CITY   OF   SEATTLE,   a   Washington
municipal   corporation;   THE   SEATTLE
POLICE   DEPARTMENT,   a   department   of
the   City   of   Seattle;   B.M.   HUNT,   and   J.
WILLIAMS,   in   their   individual   capacity,

Defendants.

TO:          Clerk of the Superior Court of Washington for King County;

AND TO:     MARGUERITE ABDULLAH, Plaintiff;

AND TO:     MICHAEL L. JOHNSON, Hardman & Johnson, Attorneys for Plaintiff;

Please take notice that on the 15th day of September, 2003, defendants filed with

the United States District Court for the Western District of Washington at Seattle a

NOTICE TO SUPERIOR COURT OF
FEDERAL COURT REMOVAL - 1
\\earth\data\Clients\3019\25174\PLD Removal-Notice2SupCourt-Abdullah.doc

STAFFORD FREY COOPER
————Professional Corporation————
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885

1    *Notice of Removal* of the action brought in the Superior Court of Washington for King

2    County, Cause No. 03-2-27483-6SEA.

3            A true and correct copy of the defendants' Notice of Removal is attached hereto.

4            DATED this _____ day of September, 2003 at Seattle, Washington.

5

6                                            STAFFORD FREY COOPER
                                             *Professional Corporation*

7

8                                            By _____
                                                 Stephen P. Larson, WSBA #4959
9                                                Blake E. Dias, WSBA #21869
                                                 Attorneys for Defendants
10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE TO SUPERIOR COURT OF
FEDERAL COURT REMOVAL - 2
\\earth\data\Clients\3019\25174\PLD Removal-Notice2SupCourt-Abdullah.doc

STAFFORD FREY COOPER
———— *Professional Corporation* ————
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
FAX (206) 624-6885